UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>G. MARSHALL, et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-05446-CAS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　The Court has reviewed the Complaint, the Motion to Dismiss ("MTD") filed by Defendants G. Marshall ("Marshall"), J. Villa ("Villa"), G. Ortega ("Ortega"), D. Olmos ("Olmos"), E. Solano ("Selano"), T. Koufos ("Koufos"), P. Delatorre ("Delatorre"), E. Escajeda ("Escajeda"), X. Marquez ("Marquez"), O. Diaz ("Diaz"), D. Reyes ("Reyes"), B. Thibault ("Thibault"), D. Barbour ("Barbour"), Ms. Hall ("Hall"), A. Galaviz ("Galaviz"), Warden Debbie Asuncion ("Asuncion"), and the California Department of Corrections and Rehabilitation ("CDCR") (collectively, "Defendants"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' MTD is GRANTED in part and DENIED in part. Specifically, the Court ORDERS that the MTD be:

(1) GRANTED insofar as Defendants seek dismissal of Plaintiff's claims against Defendants Thibault and Barbour as untimely and therefore, Defendants Thibault and Barboare DISMISSED from this case with prejudice;

(2) DENIED insofar as Defendants seek dismissal of Plaintiff's claims against any other Defendants besides Defendants Thibault and Barbour as untimely;

(3) GRANTED insofar as Defendants seek dismissal of Defendant CDCR, and therefore, Defendant CDCR is DISMISSED from this case with prejudice;

(4) GRANTED insofar as Defendants seek dismissal of the claims against Defendants Diaz, and Asuncion, and the claims against these Defendants are DISMISSED without prejudice and with leave to amend;

(5) DENIED insofar as Defendants seek dismissal of Plaintiff's Eighth Amendment failure to protect claim against Defendants Ortega, Escajeda, Delatorre, and Reyes, but GRANTED as to the remaining claims against Ortega, Escajeda, Delatorre, and Reyes, and therefore, those claims are DISMISSED without prejudice and with leave to amend;

(6) GRANTED insofar as Defendants seek dismissal of Plaintiff's Eighth Amendment claims against Marquez and therefore, those claims are DISMISSED without prejudice and with leave to amend but DENIED insofar as Defendants seek dismissal of Plaintiff's First Amendment retaliation and conspiracy claims against Marquez; and

(7) DENIED insofar as Defendants seek dismissal of Plaintiff's conspiracy claim against Villa, but GRANTED insofar as Defendants seek dismissal of all other claims against Villa and therefore, those claims are DISMISSED without prejudice and with leave to amend.

If Plaintiff wishes to continue litigating the claims that the Court dismissed without prejudice and with leave to amend, as identified above, Plaintiff may file a First Amended Complaint ("FAC") within twenty-one (21) days of this Order issuing, therein fixing the deficiencies consistent with the Court's Order. If Plaintiff decides to file a FAC, Plaintiff must still re-plead the claims that were not dismissed if Plaintiff seeks to continue litigating those claims. If Plaintiff does not raise a claim in the FAC, the Court will consider it waived. Alternatively, Plaintiff may stand on the remaining claims against the remaining Defendants.

Dated: April 7, 2025

HONORABLE CHRISTINA A. SNYDER
United States District Judge

3